IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:15-CR-290-LO-6 |
| | ) | |
| ARNULFO FAGOT-MAXIMO, | ) | The Honorable Liam O'Grady |
| | ) | |
| Defendant. | ) | |

**FILED IN OPEN COURT DEC - 3 2018 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## SPECIAL VERDICT FORM

With Respect to Count One – Conspiracy to Distribute Cocaine for the Purpose of Unlawful Importation into the United States:

We, the jury, find the Defendant, ARNULFO FAGOT-MAXIMO:

**Guilty** ✓      **Not Guilty** _____

If your answer is "Not Guilty," stop here and **sign the Special Verdict Form**.

If your answer is "Guilty," please mark the total amount of cocaine you find that the defendant, Arnulfo Fagot-Maximo, conspired to distribute for the purpose of unlawful importation into the United States, then **sign the Special Verdict Form**:

✓    5 kilograms or more

_____ 500 grams or more

_____ Less than 500 grams

So say we all this 3RD day of December, 2018.

_____
FOREPERSON