IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 1:15-CR-290-LO-6 |
| v. | ) |
| | ) Hon. Liam O'Grady |
| ARNULFO FAGOT-MAXIMO, | ) |
| | ) Sentencing: May 9, 2019 |
| Defendant. | ) |

## CONSENT MOTION FOR ENTRY OF BRIEFING ORDER

In advance of Defendant Arnulfo Fagot-Maximo's sentencing hearing on May 9, 2019, the United States respectfully moves for entry of the attached Briefing Order. The proposed Briefing Order would set the following deadlines for filing posttrial motions and sentencing memoranda:

- Thursday, April 4, 2019 – Posttrial Motions/Opening Briefs Due
- Thursday, April 25, 2019 – Response Briefs to Posttrial Motions Due
- Monday, April 29, 2019 – Initial Sentencing Memoranda Due
- Monday, May 6, 2019 – Responsive Sentencing Memoranda Due

The government has conferred with Defendant's counsel, who advised that they consent to this motion.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: _____/s/_____
Thomas W. Traxler
James L. Trump
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703) 299-3746
Facsimile (703) 299-3980
Thomas.traxler@usdoj.gov

Arthur G. Wyatt, Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

_____/s/_____
Anthony T. Aminoff
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division, U.S. Department of Justice
145 N Street, N.E., Washington, D.C. 20530
(202) 616-2379
Anthony.Aminoff@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                                  /s/
                                         Thomas W. Traxler
                                         Assistant United States Attorney